■ In the Matter of BENJAMIN STEPHENS, JR., Petitioner, v MICHAEL PARROTT, as Superintendent of Altona Correctional Facility, et al., Respondents. [797 NYS2d 320]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Altona Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging an administrative determination finding him guilty of violating the prison disciplinary rules that prohibit making false statements, being out of place and leaving an assigned area. The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and no longer is aggrieved, the matter is dismissed as moot (*see Matter of Garcia v Department of Correctional Servs.*, 298 AD2d 744 [2002]).

Crew III, J.P., Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.